UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRIS MORROW,

        Petitioner,

Case No. 07-14183

v.

Honorable Patrick J. Duggan

LINDA METRISH,

        Respondent.
_____/

## JUDGMENT

On October 2, 2007, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On this date, the Court entered an Opinion and Order holding that the petition must be denied as moot.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus is **DENIED AS MOOT**.

Dated: April 25, 2011         s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE

Copies to:
Darris Morrow#237482, c/o
Flint Parole Office
Carman Plaza
G3310 Corunna Road
Flint, MI 48532

Debra M. Gagliardi, A.A.G.